UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PRINCE LEWIS, : | |
|     Plaintiff, : | |
| : | |
| v. : | CASE NO. 3:14-cv-437 (MPS) |
| : | |
| MALDONADO, et al., : | |
|     Defendants. : | |

RULING AND ORDER

Pending are three motions filed by the plaintiff. First, the plaintiff seeks a ruling on all of his previously submitted motions. All motions filed prior to May 15, 2015, have been ruled on. Accordingly, the plaintiff's motion is denied as moot.

Second, the plaintiff seeks an extension of time to respond to the defendants' motion to dismiss or for judgment on the pleadings. He states that he is scheduled to be released from custody in late June 2015 and seeks additional time after he release to submit his opposition papers. The plaintiff's motion is granted. He shall file his opposition to the defendants' motion on or before July 9, 2 015.

Finally, the plaintiff seeks an extension of time to file a motion for default judgment. As the Court has granted the defendants' motion to set aside default, the plaintiff's motion is denied.

The plaintiff's motions for ruling [**Doc. #66**] and extension of time to file a motion for default judgment [**Doc. #68**] are **DENIED**. The plaintiff's motion for extension of time [**Doc. #67**] to file his opposition to defendants' motion to dismiss or for judgment on the pleadings is **GRANTED**. The plaintiff shall file his opposition papers on or before **July 9, 2015**.

**SO ORDERED** this 19th day of May 2015, at Hartford, Connecticut.

                                                  /s/
                                              Michael P. Shea
                                              United States District Judge